ANN-MARTHA ANDREWS
Nevada Bar No. 7585
AAndrews@LRLaw.com
TODD D. ERB
Nevada Bar No. 12203
TErb@LRLaw.com
LEWIS AND ROCA LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada  89169
(702) 949-8200
(702) 949-8398 (fax)

Attorneys for Defendant
The Standard Insurance Company

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SHONNI ANN KAPONO,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>THE STANDARD INSURANCE COMPANY, an Oregon corporation; and DOES I through V inclusive; and ROES I through V, inclusive,<br><br>　　　　　　Defendants. | Case No. 2:12-cv-01136-KJD-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

The parties, having settled their dispute, stipulate that the Court shall dismiss this matter with prejudice.  Each party will bear its own attorneys' fees and costs.

/ / /

/ / /

/ / /

/ / /

-1-

3245332.1

1     DATED this 4th day of January, 2013.

| LAW OFFICE OF JULIE A. MERSCH | LEWIS AND ROCA LLP |
|---|---|
| BY: /s/ *Julie A. Mersch* | BY: /s/ *Ann-Martha Andrews* |
|     JULIE A. MERSCH |     ANN-MARTHA ANDREWS |
|     Nevada Bar No. 4694 |     Nevada Bar No. 7585 |
|     1100 East Bridger Avenue |     TODD D. ERB |
|     Las Vegas, Nevada 89101 |     Nevada Bar No. 12203 |
|     Attorney for Plaintiff |     3993 Howard Hughes Parkway |
| |     Suite 600 |
| |     Las Vegas, Nevada 89169 |
| |     Attorneys for Defendant The Standard |
| |     Insurance Company |

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

**Dated:** 1/22/13